Marc L. Barreca
Chapter 7

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

In re: §
 §
ZAGRI, SIDNEY R § Case No. 10-14411 MLB
ZAGRI, DHYANA A §
 §
 §
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/20/2010 . The undersigned trustee was appointed on 04/20/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 938,656.17

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 153,942.52 |
| Bank service fees | 30.00 |
| Other payments to creditors | 784,683.65 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] $ | 0.00 |

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/25/2011 and the deadline for filing governmental claims was 05/25/2011 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 50,182.81 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 14,492.53 as interim compensation and now requests a sum of $ 0.00 , for a total compensation of $ 14,492.53 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 1,078.31 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 1,078.31 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/11/2014           By: /s/Ronald G. Brown - Chapter 7 Trustee
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

| Case No: | 10-14411 MLB  Judge: Marc L. Barreca | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | ZAGRI, SIDNEY R | Date Filed (f) or Converted (c): | 04/20/10 (f) |
|  | ZAGRI, DHYANA A | 341(a) Meeting Date: | 05/27/10 |
| For Period Ending: | 03/11/14 | Claims Bar Date: | 05/25/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. House 44-072 Kaimahu Way Kaneohe, HI  Sold per 9/13/11 court order; adversary proceedings determined secured claim against sale proceeds | 900,000.00 | 107,852.52 |  | 900,000.00 | FA |
| 2. Cash on Hand | 50.00 | 0.00 |  | 0.00 | FA |
| 3. Bank of America Checking Acct# xxxx8360 | 862.44 | 0.00 |  | 0.00 | FA |
| 4. Bank of America Checking Acct# xxxxx1668 | 58.20 | 0.00 |  | 0.00 | FA |
| 5. Bank of America Business Checking Account | 0.00 | 0.00 |  | 0.00 | FA |
| 6. Bank of America Business Savings Account - Bankof | 0.00 | 0.00 |  | 0.00 | FA |
| 7. Household Goods and Furnishings | 2,130.00 | 0.00 |  | 0.00 | FA |
| 8. Books | 50.00 | 0.00 |  | 0.00 | FA |
| 9. 25 Art pieces | 2,500.00 | 0.00 |  | 0.00 | FA |
| 10. 4 Antiques | 1,100.00 | 0.00 |  | 0.00 | FA |
| 11. Clothing | 600.00 | 0.00 |  | 0.00 | FA |
| 12. 2 Wedding Rings (2); Engagement Ring (1); Watches | 1,935.00 | 0.00 |  | 0.00 | FA |

| Case No: | 10-14411 | MLB | Judge: Marc L. Barreca | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
|---|---|---|---|---|---|
| Case Name: | ZAGRI, SIDNEY R | | | Date Filed (f) or Converted (c): | 04/20/10 (f) |
| | ZAGRI, DHYANA A | | | 341(a) Meeting Date: | 05/27/10 |
| | | | | Claims Bar Date: | 05/25/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. 100% Ownership of ML Momentun, LLC (Direct sales f | 8,871.76 | 0.00 | | 0.00 | FA |
| 14. 2009 Tax Refund | 148.00 | 0.00 | | 0.00 | FA |
| 15. 1996 Mercury Villager | 1,500.00 | 0.00 | | 0.00 | FA |
| 16. Desks, chairs, file cainets, copiers, lamps, paper | 250.00 | 0.00 | | 0.00 | FA |
| 17. Toys - Anime Collection Figures | 125.00 | 0.00 | | 0.00 | FA |
| 18. Tools, utiltity knives | 50.00 | 0.00 | | 0.00 | FA |
| 19. Sewing machine | 50.00 | 0.00 | | 0.00 | FA |
| 20. Rent (44-072 Kaimalu Way, Kaneohe, HI) | 0.00 | 2,691.00 | | 2,691.00 | FA |
| 21. Tax Refund (State of Hawaii) (u) | 35,609.00 | 35,609.00 | | 35,965.09 | FA |
| 9999. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.08 | FA |
| INT1 | | | | | |

|  | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $955,889.40 | $146,152.52 | | $938,656.17 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

| | | | |
|---|---|---|---|
| Case No: | 10-14411    MLB    Judge: Marc L. Barreca | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
| Case Name: | ZAGRI, SIDNEY R | Date Filed (f) or Converted (c): | 04/20/10 (f) |
| | ZAGRI, DHYANA A | 341(a) Meeting Date: | 05/27/10 |
| | | Claims Bar Date: | 05/25/11 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Court waived claims adminstration per 3/22/13 court order. Fees paid per 9/6/12 and 12/20/13 court orders per 11 U.S.C. 506(c).

Initial Projected Date of Final Report (TFR): 06/01/12      Current Projected Date of Final Report (TFR): 12/01/13

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 10-14411 -MLB |
| Case Name: | ZAGRI, SIDNEY R |
| | ZAGRI, DHYANA A |
| Taxpayer ID No: | *******6253 |
| For Period Ending: | 03/11/14 |

| | |
|---|---|
| Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******1098 Checking Account |
| Blanket Bond (per case limit): | $ 78,692,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/26/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 15.57 | | 15.57 |
| 10/26/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 1,675.51 | | 1,691.08 |
| 12/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,676.08 |
| 01/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,661.08 |
| 02/13/13 | 010001 | UNITED STATES TREASURY C/0 INTERNAL REVENUE SERVICE OGDEN, UT 84201 | Taxes Sidney Zagri | 2810-000 | | 1,176.00 | 485.08 |
| 02/13/13 | 010002 | UNITED STATES TREASURY C/0 INTERNAL REVENUE SERVICE OGDEN, UT 84201 | Taxes Dhyana Zagri | 2810-000 | | 485.08 | 0.00 |
| 11/04/13 | 21 | STATE OF HAWAII | Tax Refund | 1224-000 | 35,965.09 | | 35,965.09 |
| 12/21/13 | 010003 | RICHARD N. GINNIS P.O. BOX 30081 SEATTLE, WA 98113 | Accountant Fees | 3410-000 | | 3,822.00 | 32,143.09 |
| 12/21/13 | 010004 | RICHARD N. GINNIS P.O. BOX 30081 SEATTLE, WA 98113 | Accountant Expenses | 3420-000 | | 13.60 | 32,129.49 |
| 12/21/13 | 010005 | JAMES RIGBY THE RIGBY LAW FIRM 600 STEWART STREET, SUITE 1908 SEATTLE, WA 98101 | Attorney Fees | 3210-000 | | 5,571.54 | 26,557.95 |
| 12/21/13 | 010006 | RONALD G. BROWN, Trustee 999 3rd Avenue, Suite 2525 Seattle, WA 98104 | Trustee Fees | 2100-000 | | 5,571.53 | 20,986.42 |
| 12/21/13 | 010007 | RONALD G. BROWN, Trustee 999 3rd Avenue, Suite 2525 Seattle, WA 98104 | Trustee Expenses | 2200-000 | | 986.42 | 20,000.00 |
| 12/23/13 | 010008 | Deutsche Bank National Trust Company, | Secured Claim | 4110-000 | | 20,000.00 | 0.00 |
| | | | Page Subtotals | | 37,656.17 | 37,656.17 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 10-14411 -MLB |
| Case Name: | ZAGRI, SIDNEY R |
| | ZAGRI, DHYANA A |
| Taxpayer ID No: | *******6253 |
| For Period Ending: | 03/11/14 |

| | |
|---|---|
| Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******1098 Checking Account |
| Blanket Bond (per case limit): | $ 78,692,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | as Trustee for Argent Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2006-M1 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 37,656.17 | 37,656.17 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 1,691.08 | 0.00 | |
| | | Subtotal | 35,965.09 | 37,656.17 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 35,965.09 | 37,656.17 | |

Page Subtotals     0.00     0.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-14411 -MLB | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | ZAGRI, SIDNEY R | Bank Name: | BANK OF AMERICA, N.A. |
| | ZAGRI, DHYANA A | Account Number / CD #: | *******4511  Money Market Account |
| Taxpayer ID No: | *******6253 | | |
| For Period Ending: | 03/11/14 | Blanket Bond (per case limit): | $ 78,692,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/01/11 | 20 | BEN COFFMAN<br>44-072 Kaimalu Way<br>Kaneohe, HI 96744 | Rent | 1122-000 | 1,000.00 | | 1,000.00 |
| 06/01/11 | 20 | BEN COFFMAN<br>44-072 Kaimalu Way<br>Kaneohe, HI 96744 | Rent | 1122-000 | 100.00 | | 1,100.00 |
| 06/01/11 | 20 | GERARDO VELEZ, JR.<br>HEATHER DUNNETT-VELEZ<br>44-072 Kaimalu Way<br>Kaneohe, HI 96744 | Rent | 1122-000 | 262.00 | | 1,362.00 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 1,362.01 |
| 07/19/11 | 20 | GERARDO VELEZ, JR.<br>HEATHER DUNNETT-VELEZ<br>44-072 Kaimalu Way<br>Kaneohe, HI 96744 | Rent | 1122-000 | 220.00 | | 1,582.01 |
| 07/19/11 | 20 | GERARDO VELEZ, JR.<br>HEATHER DUNNETT-VELEZ<br>44-072 Kaimalu Way<br>Kaneohe, HI 96744 | Rent | 1122-000 | 9.00 | | 1,591.01 |
| 07/19/11 | 20 | BEN COFFMAN<br>44-072 Kaimalu Way<br>Kaneohe, HI 96744 | Rent | 1122-000 | 500.00 | | 2,091.01 |
| 07/19/11 | 20 | BEN COFFMAN<br>44-072 Kaimalu Way<br>Kaneohe, HI 96744 | Rent | 1122-000 | 600.00 | | 2,691.01 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 2,691.02 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,691.04 |
| 09/29/11 | | Transfer to Acct #*******2941 | Bank Funds Transfer | 9999-000 | | 1,000.00 | 1,691.04 |

| | | Page Subtotals | 2,691.04 | 1,000.00 |
|---|---|---|---|---|

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

LFORM24

Ver: 17.05

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-14411 -MLB | | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
|---|---|---|---|---|
| Case Name: | ZAGRI, SIDNEY R | | Bank Name: | BANK OF AMERICA, N.A. |
| | ZAGRI, DHYANA A | | Account Number / CD #: | *******4511 Money Market Account |
| Taxpayer ID No: | *******6253 | | | |
| For Period Ending: | 03/11/14 | | Blanket Bond (per case limit): | $ 78,692,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 1,691.06 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,691.07 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.15 | 1,688.92 |
| 11/01/11 | | Transfer to Acct #*******2941 | Bank Funds Transfer | 9999-000 | | 0.41 | 1,688.51 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,688.52 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.08 | 1,686.44 |
| 12/02/11 | | TITLE GUARANTY ESCROW SERVICES INC. | Sale Proceeds | | 787,543.66 | | 789,230.10 |
| | 1 | TITLE GUARANTY ESCROW SERVICES, INC | Memo Amount: 900,000.00 Sale Proceeds | 1110-000 | | | |
| | | HAWAII STATE TAX COLLECTOR | Memo Amount: ( 45,000.00 ) Taxes | 2820-000 | | | |
| | | STATE OF HAWAII | Memo Amount: ( 958.39 ) Tax Lien | 4800-000 | | | |
| | | HAWAIIAN ELECTRIC | Memo Amount: ( 1,430.92 ) Utility Bill | 2420-000 | | | |
| | | ANONG LOCK & KEY | Memo Amount: ( 289.00 ) Change Lock Expense | 2420-000 | | | |
| | | SCOTTY'S CLEANING | Memo Amount: ( 1,247.10 ) Maintenance Expense | 2420-000 | | | |
| | | KU REALTY LLC | Memo Amount: ( 54,000.00 ) Real Estate Commission | 3510-000 | | | |
| | | TITLE GUARANTY ESCROW SERVICES, INC | Memo Amount: ( 9,530.93 ) Escrow Costs | 2500-000 | | | |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 778.83 | 788,451.27 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1,034.03 | 787,417.24 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 935.86 | 786,481.38 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 966.99 | 785,514.39 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 997.99 | 784,516.40 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 996.72 | 783,519.68 |
| | | | Page Subtotals | | 787,543.70 | 5,715.06 | |

UST Form 101-7-TFR (5/1/2011) (Page: 9)

LFORM24

Ver: 17.05

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-14411 -MLB | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | ZAGRI, SIDNEY R | Bank Name: | BANK OF AMERICA, N.A. |
| | ZAGRI, DHYANA A | Account Number / CD #: | *******4511  Money Market Account |
| Taxpayer ID No: | *******6253 | | |
| For Period Ending: | 03/11/14 | Blanket Bond (per case limit): | $ 78,692,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 931.23 | 782,588.45 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 1,026.35 | 781,562.10 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 992.97 | 780,569.13 |
| 09/06/12 | | Transfer to Acct #*******2941 | Bank Funds Transfer | 9999-000 | | 777,928.12 | 2,641.01 |
| 09/28/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 194.32 | 2,446.69 |
| 10/01/12 | | Transfer to Acct #*******2941 | Bank Funds Transfer | 9999-000 | | 630.70 | 1,815.99 |
| 10/17/12 | | BANK OF AMERICA | Bank Service Fee Refund | 2600-000 | 8,859.52 | | 10,675.51 |
| 10/18/12 | | Transfer to Acct #*******2941 | Bank Funds Transfer | 9999-000 | | 9,000.00 | 1,675.51 |
| 10/26/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 1,675.51 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 900,000.00 | COLUMN TOTALS | | 799,094.26 | 799,094.26 | 0.00 |
| Memo Allocation Disbursements: | 112,456.34 | Less: Bank Transfers/CD's | | 0.00 | 790,234.74 | |
| | | Subtotal | | 799,094.26 | 8,859.52 | |
| Memo Allocation Net: | 787,543.66 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 799,094.26 | 8,859.52 | |

Page Subtotals        8,859.52        792,379.20

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*        Ver: 17.05

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-14411 -MLB | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | ZAGRI, SIDNEY R | Bank Name: | BANK OF AMERICA, N.A. |
| | ZAGRI, DHYANA A | Account Number / CD #: | *******2941 Checking Account |
| Taxpayer ID No: | *******6253 | | |
| For Period Ending: | 03/11/14 | Blanket Bond (per case limit): | $ 78,692,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/29/11 | | Transfer from Acct #*******4511 | Bank Funds Transfer | 9999-000 | 1,000.00 | | 1,000.00 |
| 09/29/11 | 001001 | ALAN J. MA | Attorney Fees | 3210-000 | | 1,000.00 | 0.00 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.41 | -0.41 |
| 11/01/11 | | Transfer from Acct #*******4511 | Bank Funds Transfer | 9999-000 | 0.41 | | 0.00 |
| 09/06/12 | | Transfer from Acct #*******4511 | Bank Funds Transfer | 9999-000 | 777,928.12 | | 777,928.12 |
| * 09/06/12 | 001002 | HOMEWARD RESIDENTIAL<br>P.O. Box 660029<br>Dallas, TX 75766-0029 | Secured Claim | 4110-004 | | 754,059.72 | 23,868.40 |
| 09/06/12 | 001003 | RONALD G. BROWN, Trustee<br>999 3rd Avenue, Suite 2525<br>Seattle, WA 98104 | Trustee Fees | 2100-000 | | 8,921.00 | 14,947.40 |
| 09/06/12 | 001004 | RONALD G. BROWN, Trustee<br>999 3rd Avenue, Suite 2525<br>Seattle, WA 98104 | Trustee Expenses | 2200-000 | | 91.89 | 14,855.51 |
| 09/06/12 | 001005 | JAMES RIGBY<br>THE RIGBY LAW FIRM<br>600 STEWART STREET, SUITE 1908<br>SEATTLE, WA 98101 | Attorney Fees | 3210-000 | | 12,879.50 | 1,976.01 |
| 09/06/12 | 001006 | JAMES RIGBY<br>THE RIGBY LAW FIRM<br>600 STEWART STREET, SUITE 1908<br>SEATTLE, WA 98101 | Attorney Expenses | 3220-000 | | 64.55 | 1,911.46 |
| 09/06/12 | 001007 | ALAN J. MA<br>DURRETT. ROSEHILL AND MA, LLLP<br>841 BISHOP STREET, SUITE 1101<br>HONOLULU, HAWAII 96813 | Special Counsel Fees | 3210-000 | | 1,550.00 | 361.46 |
| 09/06/12 | 001008 | ALAN J. MA<br>DURRETT. ROSEHILL AND MA, LLLP | Special Counsel Expenses | 3220-000 | | 311.46 | 50.00 |

Page Subtotals   778,928.53   778,878.53

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*    Ver: 17.05
LFORM24

Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-14411 -MLB
Case Name: ZAGRI, SIDNEY R
ZAGRI, DHYANA A
Taxpayer ID No: *******6253
For Period Ending: 03/11/14

Trustee Name: Ronald G. Brown - Chapter 7 Trustee
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******2941 Checking Account
Blanket Bond (per case limit): $ 78,692,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | 841 BISHOP STREET, SUITE 1101<br>HONOLULU, HAWAII 96813 | | | | | |
| 09/28/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 680.70 | -630.70 |
| 10/01/12 | | Transfer from Acct #*******4511 | Bank Funds Transfer | 9999-000 | 630.70 | | 0.00 |
| * 10/02/12 | 001002 | HOMEWARD RESIDENTIAL<br>P.O. Box 660029<br>Dallas, TX 75766-0029 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 4110-004 | | -754,059.72 | 754,059.72 |
| 10/17/12 | | BANK OF AMERICA | Bank Service Fee Refund | 2600-000 | 681.11 | | 754,740.83 |
| 10/18/12 | | Transfer from Acct #*******4511 | Bank Funds Transfer | 9999-000 | 9,000.00 | | 763,740.83 |
| 10/18/12 | 001009 | HOMEWARD RESIDENTIAL<br>P.O. Box 660029<br>Dallas, TX 75766-0029 | Secured Claim | 4110-000 | | 763,725.26 | 15.57 |
| 10/26/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 15.57 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 789,240.34 | 789,240.34 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 788,559.23 | 15.57 | |
| | | Subtotal | 681.11 | 789,224.77 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 681.11 | 789,224.77 | |

| | | | | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 900,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 112,456.34 | Checking Account - ********1098 | 35,965.09 | 37,656.17 | 0.00 |
| | | Money Market Account - ********4511 | 799,094.26 | 8,859.52 | 0.00 |
| Total Memo Allocation Net: | 787,543.66 | Checking Account - ********2941 | 681.11 | 789,224.77 | 0.00 |
| | | | ------------------------ | ------------------------ | ------------------------ |
| | | | 835,740.46 | 835,740.46 | 0.00 |
| | | | ============== | ============== | ============== |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 10,311.81 | 10,361.81 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-14411 -MLB | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | ZAGRI, SIDNEY R | Bank Name: | BANK OF AMERICA, N.A. |
| | ZAGRI, DHYANA A | Account Number / CD #: | *******2941 Checking Account |
| Taxpayer ID No: | *******6253 | | |
| For Period Ending: | 03/11/14 | Blanket Bond (per case limit): | $ 78,692,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********1098
Money Market Account - ********4511
Checking Account - ********2941

| | | | | Page Subtotals | 0.00 | 0.00 | |

Case Number: 10-14411  
Debtor Name: ZAGRI, SIDNEY R  
Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001 2100-00 | RONALD G. BROWN, Trustee<br>999 3rd Avenue, Suite 2525<br>Seattle, WA 98104 | Administrative | | $0.00 | $48,384.55 | $14,492.35 |
| | Subtotal For Claim Type 2100-00 Trustee Compensation | | | $0.00 | $48,384.55 | $14,492.35 |
| 001 2200-00 | RONALD G. BROWN, Trustee<br>999 3rd Avenue, Suite 2525<br>Seattle, WA 98104 | Administrative | | $0.00 | $1,078.31 | $1,078.31 |
| | Subtotal For Claim Type 2200-00 Trustee Expenses | | | $0.00 | $1,078.31 | $1,078.31 |
| 999 2420-00 | HAWAIIAN ELECTRIC | Administrative | | $0.00 | $1,430.92 | $1,430.92 |
| 999 2420-00 | ANONG LOCK & KEY | Administrative | | $0.00 | $289.00 | $289.00 |
| 999 2420-00 | SCOTTY'S CLEANING | Administrative | | $0.00 | $1,247.10 | $1,247.10 |
| | Subtotal For Claim Type 2420-00 Costs to Secure/Maintain Property | | | $0.00 | $2,967.02 | $2,967.02 |
| 999 2500-00 | TITLE GUARANTY ESCROW SERVICES INC. | Administrative | | $0.00 | $2,716.55 | $2,716.55 |
| | Subtotal For Claim Type 2500-00 Costs Re Sale of Property | | | $0.00 | $2,716.55 | $2,716.55 |
| 999 2810-00 | UNITED STATES TREASURY<br>C/0 INTERNAL REVENUE SERVICE<br>OGDEN, UT 84201 | Administrative | | $0.00 | $0.00 | $0.00 |
| | Subtotal For Claim Type 2810-00 Income Taxes - Internal Revenue | | | $0.00 | $0.00 | $0.00 |
| 999 2820-00 | HAWAII STATE TAX COLLECT0R | Administrative | | $0.00 | $45,000.00 | $45,000.00 |
| | Subtotal For Claim Type 2820-00 Other State or Local Taxes (post-pe | | | $0.00 | $45,000.00 | $45,000.00 |
| 001 3210-00 | ALAN J. MA<br>DURRETT. ROSEHILL AND MA, LLLP<br>841 BISHOP STREET, SUITE 1101<br>HONOLULU, HAWAII 96813 | Administrative | | $0.00 | $1,000.00 | $1,000.00 |
| 001 3210-00 | JAMES RIGBY<br>THE RIGBY LAW FIRM<br>600 STEWART STREET, SUITE 1908<br>SEATTLE, WA 98101 | Administrative | | $0.00 | $27,541.00 | $18,451.04 |
| | Subtotal For Claim Type 3210-00 Attorney for Trustee Fees (Other Fi | | | $0.00 | $28,541.00 | $19,451.04 |

Case Number: 10-14411  
Debtor Name: ZAGRI, SIDNEY R

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001 3220-00 | JAMES RIGBY<br>THE RIGBY LAW FIRM<br>600 STEWART STREET, SUITE 1908<br>SEATTLE, WA 98101 | Administrative | | $0.00 | $138.02 | $64.55 |
| | Subtotal For Claim Type 3220-00 Attorney for Trustee Expenses | | | $0.00 | $138.02 | $64.55 |
| 3220-61 | ALAN J. MA<br>DURRETT. ROSEHILL AND MA, LLLP<br>841 BISHOP STREET, SUITE 1101<br>HONOLULU, HAWAII 96813 | Administrative | | $0.00 | $311.46 | $311.46 |
| | Subtotal For Claim Type 3220-61 Special Counsel for Trustee | | | $0.00 | $311.46 | $311.46 |
| 001 3410-00 | RICHARD N. GINNIS<br>P.O. BOX 30081<br>SEATTLE, WA 98113 | Administrative | | $0.00 | $3,822.00 | $3,822.00 |
| | Subtotal For Claim Type 3410-00 Accountant for Trustee Fees (Other | | | $0.00 | $3,822.00 | $3,822.00 |
| 001 3420-00 | RICHARD N. GINNIS<br>P.O. BOX 30081<br>SEATTLE, WA 98113 | Administrative | | $0.00 | $13.60 | $13.60 |
| | Subtotal For Claim Type 3420-00 Accountant for Trustee Expenses | | | $0.00 | $13.60 | $13.60 |
| 001 3510-00 | KU REALTY LLC | Administrative | | $0.00 | $54,000.00 | $54,000.00 |
| | Subtotal For Claim Type 3510-00 Realtor for Trustee Fees (Real Esta | | | $0.00 | $54,000.00 | $54,000.00 |
| 11A 050 4110-00 | HOMEWARD RESIDENTIAL<br>P.O. Box 660029<br>Dallas, TX 75766-0029 | Secured | Servicing agent for American Home Mortgage Servicing on claims register; paid per 9/6/12 court order | $919,775.00 | $1,053,458.78 | $763,725.26 |
| 11B 050 4110-00 | Deutsche Bank National Trust Company,<br>as Trustee for Argent Securities, Inc.,<br>Asset-Backed Pass-Through Certificates,<br>Series 2006-M1 | Secured | Successor in interest to Homeward Residential and American Home Mortgage; paid per 12/20/13 court order | $0.00 | $20,000.00 | $20,000.00 |
| | Subtotal For Claim Type 4110-00 Real Estate - Consensual Liens | | | $919,775.00 | $1,073,458.78 | $783,725.26 |
| 050 4800-00 | STATE OF HAWAII | Secured | | $0.00 | $958.39 | $958.39 |
| | Subtotal For Claim Type 4800-00 State and Local Tax Liens (pre-peti | | | $0.00 | $958.39 | $958.39 |
| 9A 040 5800-00 | Internal Revenue Service<br>PO BOX 21125<br>PHILADELPHIA, PA 19114 | Priority | Order waiving claims administration 3/22/13 | $26,450.00 | $14,966.28 | $0.00 |
| | Subtotal For Claim Type 5800-00 Claims of Governmental Units - | | | $26,450.00 | $14,966.28 | $0.00 |

EXHBIT C
ANALYSIS OF CLAIMS REGISTER

Date: March 11, 2014

Case Number: 10-14411
Debtor Name: ZAGRI, SIDNEY R

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 1<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | Order waiving claims administration 3/22/13 | $5,427.00 | $5,427.05 | $0.00 |
| 10<br>070<br>7100-00 | Jett Jett<br>59-340 Olomana Rd.<br>Kamuela, HI 96743 | Unsecured | Order waiving claims administration 3/22/13 | $30,000.00 | $30,000.00 | $0.00 |
| 12<br>070<br>7100-00 | ECAST SETTLEMENT CORP<br>Assignee of HSBC Bank Nevada<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Unsecured | Order waiving claims administration 3/22/13 | $4,382.28 | $4,382.28 | $0.00 |
| 2<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | Order waiving claims administration 3/22/13 | $12,861.00 | $12,861.17 | $0.00 |
| 3<br>070<br>7100-00 | eCAST Settlement Corporation, assignee<br>of Citibank USA, N.A. HOME DEPOT<br>POB 35480<br>Newark, NJ 07193-5480 | Unsecured | Order waiving claims administration 3/22/13 | $9,200.00 | $8,956.79 | $0.00 |
| 4<br>070<br>7100-00 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | Order waiving claims administration 3/22/13 | $0.00 | $3,949.13 | $0.00 |
| 5<br>070<br>7100-00 | Review-Journal ADS Comm<br>c/o Credit Bureau Central<br>PO 29299<br>Las Vegas, NV 89126 | Unsecured | Order waiving claims administration 3/22/13 | $340.00 | $266.68 | $0.00 |
| 6<br>070<br>7100-00 | Hawaiian Telcom<br>PO Box 30770<br>Honolulu HI 96820 | Unsecured | Order waiving claims administration 3/22/13 | $0.00 | $133.75 | $0.00 |
| 7<br>070<br>7100-00 | Hawaiian Telcom<br>PO Box 30770<br>Honolulu HI 96820 | Unsecured | Order waiving claims administration 3/22/13 | $1,435.00 | $1,425.38 | $0.00 |
| 8<br>070<br>7100-00 | Verizon Wireless<br>PO BOX 3397<br>Bloomington, IL 61702 | Unsecured | Order waiving claims administration 3/22/13 | $3,000.00 | $3,998.06 | $0.00 |
| 9B<br>070<br>7100-00 | Internal Revenue Service<br>PO BOX 21125<br>PHILADELPHIA, PA 19114 | Unsecured | Order waiving claims administration 3/22/13 | $0.00 | $28,934.55 | $0.00 |
| | Subtotal For Claim Type 7100-00 General Unsecured 726(a)(2) | | | $66,645.28 | $100,334.84 | $0.00 |

CREGIS2  UST Form 101-7-TFR (5/1/2011) *(Page: 16)*   Printed: 03/11/14 03:10 PM   Ver: 17.05

Case 10-14411-MLB   Doc 112   Filed 03/13/14   Ent. 03/13/14 12:09:26   Pg. 16 of 20

Case Number: 10-14411  
Debtor Name: ZAGRI, SIDNEY R  
Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $1,012,870.28 | $1,376,690.80 | $928,600.53 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-14411 MLB
Case Name: ZAGRI, SIDNEY R
      ZAGRI, DHYANA A
Trustee Name: Ronald G. Brown - Chapter 7 Trustee

Balance on hand $ 0.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
|  | STATE OF HAWAII | $ 958.39 | $ 958.39 | $ 958.39 | $ 0.00 |
| 11A | HOMEWARD RESIDENTIAL | $ 1,053,458.78 | $ 763,725.26 | $ 763,725.26 | $ 0.00 |
| 11B | Deutsche Bank National Trust Company, | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 0.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Ronald G. Brown - Chapter 7 Trustee | $ 14,492.35 | $ 14,492.53 | $ 0.00 |
| Trustee Expenses: Ronald G. Brown - Chapter 7 Trustee | $ 1,078.31 | $ 1,078.31 | $ 0.00 |
| Attorney for Trustee Fees: ALAN J. MA | $ 1,000.00 | $ 2,550.00 | $ 0.00 |
| Attorney for Trustee Expenses: ALAN J. MA | $ 311.46 | $ 311.46 | $ 0.00 |
| Accountant for Trustee Fees: RICHARD N. GINNIS | $ 3,822.00 | $ 3,822.00 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Expenses: RICHARD N. GINNIS | $ 13.60 | $ 13.60 | $ 0.00 |
| Other: KU REALTY LLC | $ 54,000.00 | $ 54,000.00 | $ 0.00 |
| Other: ANONG LOCK & KEY | $ 289.00 | $ 289.00 | $ 0.00 |
| Other: HAWAIIAN ELECTRIC | $ 1,430.92 | $ 1,430.92 | $ 0.00 |
| Other: HAWAII STATE TAX COLLECT0R | $ 45,000.00 | $ 45,000.00 | $ 0.00 |
| Other: SCOTTY'S CLEANING | $ 1,247.10 | $ 1,247.10 | $ 0.00 |
| Other: TITLE GUARANTY ESCROW SERVICES INC. | $ 2,716.55 | $ 9,530.93 | $ 0.00 |
| Other: UNITED STATES TREASURY | $ 0.00 | $ 1,661.08 | $ 0.00 |
| Other: JAMES RIGBY | $ 18,451.04 | $ 18,451.04 | $ 0.00 |
| Other: JAMES RIGBY | $ 64.55 | $ 64.55 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $        0.00

Remaining Balance     $        0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE